# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GARY FEINERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6394 | **DATE** | 2/22/2011 |
| **CASE TITLE** | Darell Wayne Bolden (#2009-0063329) vs. Superintendent Reyes, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff Bolden's application for leave to proceed *in forma pauperis* [6] is granted. The court authorizes and orders Cook County Jail officials to deduct $1.00 from Bolden's account, and to continue making monthly deductions in accordance with this order. The Clerk is requested to send a copy of this order to the Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Illinois 60608. However, summonses shall not issue at this time. On the court's own motion, Bolden is granted a second extension of time until March 18, 2011, to submit an amended complaint (plus judge's and service copies), as required by the 10/15/2010 order [3] and again by the 1/10/2011 order [5]. Bolden's failure to do so will result in summary dismissal of this case.

■ [For further details see text below.] **Docketing to mail notices.**

## STATEMENT

Plaintiff Darell Wayne Bolden, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Bolden appears to claim that defendant jail officials violated his constitutional rights by infringing on his religious beliefs. The allegation appears to be that Bolden was involuntary placed on a low-salt/low-calorie diet due to his high blood pressure, which forced him to forego a kosher diet because Defendants refuse to give him a special medical diet that is also kosher.

Bolden's application for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Bolden is assessed an initial partial filing fee of $100. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from Bolden's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer at Bolden's place of confinement is directed to collect monthly payments from Bolden's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Bolden's trust fund account shall be forwarded to the Clerk of Court each time the amount in **(CONTINUED)**

mjm

**STATEMENT (continued)**

the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to he Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Bolden's name and the case number assigned to this action. The Cook County inmate trust account office shall notify transferee authorities of any outstanding balance in the event Bolden is transferred from the jail to another correctional facility.

However, despite being granted over four months in which to do so, Bolden has failed to submit an amended complaint (plus judge's and service copies) as previously directed. *See* 10/15/2010 Order; 1/10/2011 Order. On the court's own motion, Bolden is granted a final extension of time, until March 18, 2011, to submit an amended complaint. Bolden's failure to submit an amended complaint by March 18, 2011, will result in summary dismissal of this case.